UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARIGLORY MERCADO SANTIAGO,**

      **Plaintiff,**

**v.**                                                 **Case No:   6:15-cv-2133-Orl-22GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

**ORDER**

This cause is before the Court on the Complaint filed by Plaintiff seeking review of the final decision of the Commissioner of Social Security denying her claim for benefits (Doc. No. 1) filed on December 21, 2015.

The United States Magistrate Judge has submitted a report recommending that the final decision of the Commissioner be REVERSED and the case be REMANDED to the Commissioner for further proceedings.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed November 4, 2016 (Doc. No. 23), is ADOPTED and CONFIRMED and made a part of this Order.

2.    The final decision of the Commissioner is REVERSED pursuant to sentence four of 42 U.S.C. § 405(g) and the case is REMANDED to the Commissioner for further proceedings. The Clerk is directed to enter judgment, accordingly.

    3.    The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on November 21, 2016.

*[signature]*<br>
ANNE C. CONWAY<br>
United States District Judge

Copies furnished to:

Counsel of Record