# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIGLORY MERCADO SANTIAGO,**

    **Plaintiff,**

**v.**                                          **Case No:   6:15-cv-2133-Orl-22GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees (Doc. No. 26) filed on December 29, 2016.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 16, 2017 (Doc. No. 27), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Uncontested Motion for Attorney's Fees is hereby GRANTED in part and DENIED in part.

3. The Motion is granted to the extent that the Court awards EAJA fees to Plaintiff in the amount of $3,165.34, and is otherwise, denied.

**DONE** and **ORDERED** in Orlando, Florida on March 6, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties